# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

162414(82)

JOSHUA ZACKS,
            Plaintiff,

v

JEFF ZACKS, doing business as UNLIMITED
INSTALLATIONS SERVICES,
            Defendant,
and

1101 WASHINGTON, LLC,
            Defendant/Cross-Plaintiff-
            Appellant,
and

TOTAL OUTDOOR CORPORATION,
            Defendant/Cross-Defendant-
            Appellee.
_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162414
COA: 342274
Wayne CC: 16-000653-NI

        On order of the Chief Justice, the motion of defendant/cross-defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on March 15, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



Clerk